# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MORRIS C. BUEALE,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 22-CV-0725** |
| | : | |
| **CORRECTIONAL OFFICER** | : | |
| **DRINKS,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

**AND NOW**, this 29th day of September 2023, upon consideration of Defendant Correctional Officer Carter's Motion to Dismiss (ECF No. 27) and Plaintiff's Response in Opposition thereto (ECF No. 30), **IT IS HEREBY ORDERED** that for the reasons set forth in the accompanying Memorandum:

1. The Motion to Dismiss (ECF No. 27) is **GRANTED**.

2. All counts are **DISMISSED without prejudice** against Defendant Correctional Officer Carter.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge