# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MORRIS C. BUEALE**<br>Plaintiff,<br><br>v.<br><br>**CORRECTIONAL OFFICER DRINKS, et al.**<br>Defendants. | Civil No. 2:22-cv-00725-JMG |

## ORDER

**AND NOW**, this 24th day of March, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 51) and Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 60), **IT IS HEREBY ORDERED** that Defendants' Motion (ECF No. 51) is **GRANTED**.

**IT IS FURTHER ORDERED AS FOLLOWS:**

1. Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.

2. Plaintiff's state law claims against Defendants Bond and Drinks are **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge